

## NUMBER 13-13-00049-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

## IN THE INTEREST OF C. C. F., A MINOR CHILD

---

**On appeal from the County Court at Law No. 1
of Montgomery County, Texas.**

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Longoria
Memorandum Opinion Per Curiam**

Appellant, Trembla K. Fairbanks, filed an appeal from a judgment rendered in a suit affecting the parent-child relationship. On February 21, 2013, and again on March 20, 2013, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on February 7, 2013, and that the deputy district clerk, Leah Timmons, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3,

42.3(b),(c). Appellant was advised that, unless arrangements to pay for the clerk's record and proof of payment is provided to this Court within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellant has failed to respond to this Court's notices. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Delivered and filed the
25th day of April, 2013.